UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

School District of Fort Atkinson,

        Plaintiff,

v.

Impact Networking, LLC and Everbank
Commercial Finance, Inc.,

        Defendant.

Case No. 3:11-cv-00268

---

**DEFAULT JUDGMENT**

---

On June 3, 2011, the court granted plaintiff School District of Fort Atkinson's motion for default judgment against defendant Impact Networking, LLC. Despite receiving notice of the motion for default judgment, as required by Federal Rule of Civil Procedure 55(b)(2), Impact Networking, LLC did not appear in this action.

IT IS ORDERED AND ADJUDGED that default judgment is entered against Impact Networking, LLC, declaring as follows:

1.    In January 2010, defendant Impact Networking, LLC., modified the copier and printer lease agreement with the School District of Fort Atkinson and the parties entered into the Amended Agreement.

2.    The School District of Fort Atkinson and Impact Networking, LLC., agreed to terminate and did terminate the Amended Agreement.

3.    The School District of Fort Atkinson reasonably relied to its detriment on Impact Networking, LLC., in terminating the Amended Agreement and in entering a contract to replace the copier and printer equipment. Impact Networking, LLC., is equitably estopped from denying that the Amended Agreement has been terminated.

Entered this _4th_ day of October, 2011.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

Entered as a judgment this _5th_ day of October, 2011.

*Peter Oppeneer*
Peter Oppeneer
Clerk of Court